IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                    Plaintiff,

      v.

MICHAEL A. ROE,

                                    Defendant.

ORDER

98-cr-106-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       Defendant Michael A. Roe has moved for early termination from supervised release. Attached to his motion are his sworn statement in support of his motion and a number of attachments attesting to his adjustment to supervision. As remarkable as his progress has been, however, I am not persuaded that early release from supervision is appropriate.

       The record shows that defendant committed the offense of conviction while he was on supervised release in another case and that he testified falsely at his trial. These circumstances give me pause, although defendant seems to be working hard at taking a different path in life.

       If at some later point in his supervision, defendant's supervising probation officer believes that defendant has received as much benefit as he needs from supervision, I would

1

give serious consideration to a request for early termination.

ORDER

IT IS ORDERED that defendant Michael A. Roe's request for early termination from supervision is DENIED, without prejudice.

Entered this 8th day of April, 2010.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

2